# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS N. STANLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO.　1:09-cv-1743<br><br>**ORDER GRANTING REQUEST FOR EXTENDED BRIEFING SCHEDULE**<br><br>Docket No. 17<br><br>**Opening Brief Due:**　July 12, 2010<br><br>**Response Brief Due:**　August 16, 2010<br><br>**Reply Brief Due:**　　September 4, 2010 |

　　　　On June 3, 2010, the parties filed a stipulation and request to extend the briefing schedule in this matter. The parties agreed that Plaintiff shall file his opening brief on or before July 12, 2010, and Defendant shall file his responsive brief on or before August 16, 2010. The parties did not stipulate to the time for Plaintiff to file a reply brief. Any reply brief shall be filed by Plaintiff on or before September 4, 2010. The parties' stipulated request is GRANTED.

IT IS SO ORDERED.

**Dated:　June 8, 2010**　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE