# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS N. STANLEY, | CASE NO.   1:09-cv-1743 SKO |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| v. | (Doc. 20) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On June 9, 2010, the Court granted the parties' stipulated request for Plaintiff to file his opening brief on or before July 12, 2010. (Doc. 18.) On July 23, 2010, Plaintiff filed his opening brief and requested an extension of time to that date to do so "in order to properly address the issues within the administrative record in this matter." (Docs. 19, 20.)

It is ORDERED that Plaintiff's request to file his opening brief is GRANTED *nunc pro tunc*. The parties are advised, however, that the Court disfavors *post hoc* requests for extensions of time. Local Rule 144(d).

IT IS SO ORDERED.

**Dated:   August 6, 2010**           **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE